SPALDING v. DICKINSON. Error to the Supreme Court of the District of Columbia. No. 82, argued with No. 81, *ante*, 483.

MR. JUSTICE HARLAN: The defendant in error succeeded Mr. Vilas in the office of Postmaster General. The declaration in the present case is, in all material respects, like that in *Spalding* v. *Vilas*, just decided. For the reasons stated in the opinion in that case the judgment is

*Affirmed.*

*Mr. W. Willoughby* for plaintiff in error.

*Mr. Attorney General* and *Mr. Assistant Attorney General Dickinson* for defendant in error.